IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**KEITH E. KIRBY,**

    *Plaintiff*,

v.                                     Civil Action No. 3:21-cv-00145

**RES-CARE, INC., a Kentucky Corporation,**

    *Defendant.*

## NOTICE OF VIDEO DEPOSITION OF KEITH E. KIRBY

You are hereby notified that on **Tuesday, September 14, 2021** at **10:00 a.m.** at the offices of Atkinson & Polak, PLLC, 300 Summers Street, Suite 1300, Charleston, WV, 25301, counsel for Defendant will proceed to take the video deposition and oral examination of **KEITH E. KIRBY** in the above-styled actions pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure. The video deposition will be taken before an officer duly authorized to administer oaths and take depositions, and the deposition will continue until its completion, at which time and place you may be present to protect your interest.

**Dated: August 25, 2021**

                                            RES-CARE, INC.
                                            By Counsel:

                                            /s/*J. David Fenwick*
                                            R. Booth Goodwin II (WV Bar No. 7165)
                                            J. David Fenwick (WV Bar No. 6029)
                                            GOODWIN & GOODWIN, LLP
                                            300 Summers Street, Suite 1500
                                            Charleston, WV  25301
                                            Tel: (304) 346-7000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT HUNTINGTON

**KEITH E. KIRBY,**

    *Plaintiff*,

**v.**                                                   Civil Action No. 3:21-cv-00145

**RES-CARE, INC., a Kentucky Corporation,**

    *Defendant*.

## CERTIFICATE OF SERVICE

I, J. David Fenwick, hereby certify that a true and correct copy of the foregoing **NOTICE OF VIDEO DEPOSITION OF KEITH E. KIRBY** has on the 25th day of August, 2021, been served via WVSD CM/ECF, upon the following:

> Mark A. Atkinson
> ATKINSON & POLAK, PLLC
> 300 Summers Street, Suite 1300
> Charleston, WV 25301
> T: (304) 346-5100

                                        */s/J. David Fenwick*
                                        J. David Fenwick (WVSB #6029)