# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

**KEITH E. KIRBY,**

    *Plaintiff*,

**v.**                                                                   Civil Action No. 3:21-cv-00145

**RES-CARE, INC., a Kentucky Corporation,**

    *Defendant.*

## NOTICE OF DEPOSITION OF MEGHAN GIERHART

You are hereby notified that on **Thursday, September 30, 2021** at **10:00 a.m.** at the offices of Farrell, White & Legg, PLLC, 914 Fifth Avenue, Huntington, West Virginia, counsel for Defendant will proceed to take the deposition and oral examination of **MEGHAN GIERHART** in the above-styled actions pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure. The deposition will be taken before an officer duly authorized to administer oaths and take depositions, and the deposition will continue until its completion, at which time and place you may be present to protect your interest.

**Dated: August 27, 2021**

                                                  RES-CARE, INC.
                                                  By Counsel:

                                                  /s/*J. David Fenwick*
                                                  R. Booth Goodwin II (WV Bar No. 7165)
                                                  J. David Fenwick (WV Bar No. 6029)
                                                  GOODWIN & GOODWIN, LLP
                                                  300 Summers Street, Suite 1500
                                                  Charleston, WV  25301
                                                  Tel: (304) 346-7000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

**KEITH E. KIRBY,**

    *Plaintiff*,

**v.**                                                                                                      Civil Action No. 3:21-cv-00145

**RES-CARE, INC., a Kentucky Corporation,**

    *Defendant*.

## CERTIFICATE OF SERVICE

I, J. David Fenwick, hereby certify that a true and correct copy of the foregoing **NOTICE OF DEPOSITION OF MEGHAN GIERHART** has on the 27th day of August, 2021, been served via WVSD CM/ECF, upon the following:

Mark A. Atkinson
ATKINSON & POLAK, PLLC
300 Summers Street, Suite 1300
Charleston, WV 25301
T: (304) 346-5100

                                                                            */s/J. David Fenwick*
                                                                            J. David Fenwick (WVSB #6029)