IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**KEITH E. KIRBY,**

    *Plaintiff*,

v.                                 Civil Action No. 3:21-cv-00145

**RES-CARE, INC., a Kentucky Corporation,**

    *Defendant.*

### AMENDED NOTICE OF VIDEO DEPOSITION OF KEITH MOORE

You are hereby notified that on **Tuesday, September 21, 2021** at **1:00 p.m.** at the offices of Farrell, White & Legg, PLLC, 914 Fifth Avenue, Huntington, West Virginia, counsel for Defendant will proceed to take the video deposition and oral examination of **KEITH MOORE** in the above-styled actions pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure. The video deposition will be taken before an officer duly authorized to administer oaths and take depositions, and the deposition will continue until its completion, at which time and place you may be present to protect your interest.

**Dated: August 31, 2021**

                                                RES-CARE, INC.
                                                By Counsel:

                                               /s/*J. David Fenwick*
                                               R. Booth Goodwin II (WV Bar No. 7165)
                                               J. David Fenwick (WV Bar No. 6029)
                                               GOODWIN & GOODWIN, LLP
                                               300 Summers Street, Suite 1500
                                               Charleston, WV  25301
                                               Tel: (304) 346-7000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

**KEITH E. KIRBY,**

    *Plaintiff*,

**v.**                                            **Civil Action No. 3:21-cv-00145**

**RES-CARE, INC., a Kentucky Corporation,**

    *Defendant*.

### CERTIFICATE OF SERVICE

I, J. David Fenwick, hereby certify that a true and correct copy of the foregoing **AMENDED NOTICE OF VIDEO DEPOSITION OF KEITH MOORE** has on the 31ST day of August, 2021, been served via WVSD CM/ECF, upon the following:

Mark A. Atkinson
ATKINSON & POLAK, PLLC
300 Summers Street, Suite 1300
Charleston, WV 25301
T: (304) 346-5100

                                                */s/J. David Fenwick*
                                                J. David Fenwick (WVSB #6029)