IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

KEITH E. KIRBY,

       Plaintiff,

v.                                             CIVIL ACTION NO.:  3:21-cv-00145

RES-CARE, INC., a Kentucky corporation,

       Defendant.

**SECOND AMENDED NOTICE OF VIDEO DEPOSITION OF MEAGAN GEIRHART**

Please take notice that the plaintiff, by counsel, will take the oral/video deposition of MEAGAN GEIRHART on Wednesday, December 15, 2021 at 2:00 p.m. before a certified court reporter or other person authorized to administer oaths, at Fairfield Inn & Suites, Kinetic Park, 536 Kinetic Drive, Huntington, West Virginia.  The taking of said deposition to continue from day to day until completed.

                                                              KEITH E. KIRBY
                                                              By Counsel

*/s/ Mark A. Atkinson*
WVSB #184
ATKINSON & POLAK, PLLC
P.O. Box 549
Charleston, WV  25322-0549
(304) 346-5100
emboles@amplaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

KEITH E. KIRBY,

        Plaintiff,

v.                      CIVIL ACTION NO.: 3:21-cv-00145

RES-CARE, INC., a Kentucky corporation,

        Defendant.

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel for Plaintiff, do hereby certify that on December 13, 2021, I electronically filed this "SECOND AMENDED NOTICE OF VIDEO DEPOSITION OF MEAGAN GEIRHART" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

R. Booth Goodwin II, Esquire
J. David Fenwick, Esquire
Lucas R. White, Esquire
GOODWIN & GOODWIN, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
*Counsel for Defendant*

        */s/ Mark A. Atkinson*
        Mark A. Atkinson (WVSB #184)
        ATKINSON & POLAK, PLLC
        P.O. Box 549
        Charleston, WV 25322-0549
        (304) 346-5100
        *Counsel for Plaintiff*